THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Christopher
 Aiken, Appellant.
 
 
 

Appeal From Orangeburg County
  Diane Schafer Goodstein, Circuit Court
Judge

Unpublished Opinion No. 2009-UP-250
Submitted May 1, 2009  Filed May 28, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Wanda H. Carter, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 of Columbia; and Solicitor David M. Pascoe, Jr., of Summerville, for Respondent.
 
 
 

PER CURIAM:  Christopher
 Aiken appeals from his guilty plea for
 second degree burglary, arguing the plea judge erred in failing to fully advise
 him of the manner and method by which to appeal.  After a thorough review of the record and counsel's
 brief, pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument
pursuant to Rule 215, SCACR.